UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/27/20

BRENDA COLE,

          Plaintiff,

    v.

THE LONG ISLAND RAILROAD COMPANY,

          Defendant.

No. 18-CV-1822 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 12, 2019, a settlement conference was held before Judge Wang. It has been reported to this Court that the conference was unsuccessful. Therefore, no later than March 6, 2020, the parties shall file a joint letter updating the Court on the status of the case. If the parties anticipate filing motions for summary judgment, their letter should include the basis for the motion(s) and a proposed briefing schedule.

SO ORDERED.

Dated: February 27, 2020
       New York, New York

Ronnie Abrams
United States District Judge