# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

BRENDA COLE,

                    Plaintiff,                  18 **CIVIL** 1822 (RA)

      -against-                  **JUDGMENT**

THE LONG ISLAND RAILROAD COMPANY,

                    Defendant.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 5, 2021, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
           March 5, 2021

                                                 **RUBY J. KRAJICK**
                                                  _____
                                                      Clerk of Court
**BY:**
                                                      Deputy Clerk