**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
BRENDA COLE,                                                 :
                                                             :
                                   Plaintiff,                :    No. 18-CV-1822 (RA)
                                                             :
                 -against-                                   :    ORDER
                                                             :
THE LONG ISLAND RAILROAD COMPANY,                            :
                                                             :
                                   Defendant.                :
                                                             :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of two emails from Plaintiff. (ECF 59, 60). The Court is unable to provide legal advice. Plaintiff may contact her attorney or the New York Legal Assistance Group at (212) 613-5000 or info@nylag.org.

**SO ORDERED.**

Dated: May 21, 2021
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge